(Del. Rev.12/98)

☐ ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
JAN 22 2008
SUE L. ROBINSON
U.S. DISTRICT JUDGE

BD scanned
IFP

Harry T Collins
_____
(Name of Plaintiff or Plaintiffs)

- 0 8 - 0 4 5 -

v.                                                     CIVIL ACTION NO. _____

New Castle County Police Department
Office Beckman
_____
(Name of Defendant or Defendants)

COMPLAINT

1. This action is brought pursuant to _____
(Federal statute on which action is based)

for discrimination related to   Discrimination   jurisdiction exists by virtue of
(In what area did discrimination occur? e.g. race, sex, religion)

Defamation of caricature.
(Federal statute on which jurisdiction is based)

2. Plaintiff resides at   211 Harding Ave
                         (Street Address)
   Wilm        New Castle      De       19804
   (City)      (County)       (State)  (Zip Code)
   302 - 994 - 5177
   (Area Code) (Phone Number)

3. Defendant resides at, or its business is located at   New Castle County Police Department
                                                         (Street Address)   3601 North Dupont
   Wilm        New Castle      De       19720
   (City)      (County)       (State)  (Zip Code)

4. The alleged discriminatory acts occurred on   2   ,   1   ,   08  9pm
                                                (Day)  (Month) (Year)

5. The alleged discriminatory practice   ☐ is   ☐ is not  continuing.

6. Plaintiff(s) filed charges with the __Fedral District Court__
(Agency)

__844 N King St Lock Box 18   wilm   newcastle   DE   19801__
(Street Address)   (City)   (County)   (State) (Zip)

regarding defendant(s) alleged discriminatory conduct on: __1-2-08__
(Date)

7. Attach decision of the agency which investigated the charges referred in paragraph 6 above.

8. Was an appeal taken from the agency's decision?   Yes ☐   No ☒

If yes, to whom was the appeal taken? _____

9. The discriminatory acts alleged in this suit concern: (Describe facts on additional sheets if necessary)

_____

_____

_____

_____

_____

10. Defendant's conduct is discriminatory with respect to the following:

A. ☐ Plaintiff's race

B. ☐ Plaintiff's color

C. ☐ Plaintiff's sex

D. ☐ Plaintiff's religion

E. ☒ Plaintiff's national origin

11. Plaintiff prays for the following relief: (Indicate the exact relief requested)

50 thousand in punitive damages and a written apology and so how come up with a solution to keep this from happening in the future

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1-17-08

_____
(Signature of Plaintiff)

Dear Judge Robinson

On and about 1/2/08, at 9pm I called the New Castle County Police Department on my nephew, one Keith Rodriguez and explain to the dispatcher at the time how he was steeling off us at the time and requested that a police officer would talk with him over the phone and stated to the officer that he had no place to go and it was to cold out to make him leave our home.

During the conversation, my mother had gotten on the phone, I hollered for her to hang up but the officer took this the wrong way, and sent a police officer out to our home.

Upon there arrival I expand to them that I had been living here going on two years, I also payed rent each month, bought my own food and was a car giver to my mother who is 68 years old and is in every pour health at this time.

I also explained to one Officer Beckman that Mr Rodriguez has been steeling my mothers checks and recently stolen a 30 dollar gift card that was purchased for my son for Christmas along with numerous other items as well do to the fact that Mr Rodriguez is a hereon attic and needs money to support his habit on a regular basis.

After my conversation on the porch, with Officer Beckman she went into the house to talk to my nephew Mr Rodriguez, after about ten minutes they came back out to the porch and proceeded to arrest me for harassment, which I didn't know at that time.

The real problem her is that every time I have any contact with the law and they type my name in there computer, they find out that I have a physiological profile and arrested me right on the spot, right or wrong it doesn't matter, its never made a difference in the eyes of the law, and this was mention to me upon my arrest that night and I was question that night as to the nature of my physiological profile that has been following me for years.

So they arrest me, took me to the New Castle County lock up and charged me with harassment, reason being is that I told my nephew that he needs to find some were else to live and that we were tired of him constantly steeling off of us all the time.

Do to the fact that I was under so much stress that night I thought I was having a heart attack witch I suffered not less than a year ago before.

I ask one of the Officers for my nitro glycerin tablets on several occasions but was refused the medication, it took over 45 minutes before they had gotten a ambulance there to take to the emergency room, I know because they never took my watch when they processed me before putting me in a cell.

I spent all night in the hospital, had I were having a real heart attack, I would have died in that cell that night, even with sevral attemts they never came around to check up on me even after knowing the nature of the situahion and the seriousness there of.

We let Mr Rodriguez move into our home because he had no were to go, during a period of a month and a half he refused to work, payed no rent, bought no food and stolen from us on a regular basis and I explained all this to one Officer Beckman at the time but it made absolutely no difference to her what so ever.

The only thing that seam to matter to her was the fact that I had this physiological profile and to the nature there of.

It has gotten to the point in my life that no matter what may happen to me in the future, that Im litterly scared to death to call the police even if something happens to me or any body else that I my be associated with at the time, or incident that may occur, I should never have to worry about calling the police for any reason.

This has got to stop some were and that's why Im hoping that the Fedral court system can make

just that differance in this matter, at least this is the place to start, that's why Im sueing Officer Beackman and the New Castle County Police Department on the grounds of defamation of caricature and have this taken off my record or what ever other options may be available for me.

Respectfully Yours<br>
Harry T Collins

Honorable Judge Sue Robenson
United States District Court
844 N. King St, Lock Box 18
Wilm DE 19801-3570

Mr. Harry T. Collins
211 Harding Ave
Wilmington, DE 19804-3305



U.S.M.
X-RAY

⹁JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

08 - 045

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provid by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiati the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Harry T Collins

## DEFENDANTS
New Castle County Police Dpt and Officer Beckman

(b) County of Residence of First Listed Plaintiff  New Castle
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  New Castle
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

FILED
JAN 22 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☒ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | PERSONAL PROPERTY | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization A |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | IMMIGRATION | | ☐ 900 Appeal of Fee Determinati Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | |
| | ☒ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | | | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause: Defamation of Caricature

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE _____  SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # ____  AMOUNT ____  APPLYING IFP ____  JUDGE ____  MAG. JUDGE ____