IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRY T. COLLINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 08-45-SLR |
| | ) |
| NEW CASTLE COUNTY POLICE DEPARTMENT and OFFICER BECKMAN, | ) ) ) ) |
| | ) |
| Defendants. | ) |

# O R D E R

At Wilmington this 31st day of January, 2008,

the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

                                                                                    United States District Judge